# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1330

EPOS TECHNOLOGIES LTD.,

    Plaintiff/Counterclaim Defendant-Appellee,

and

DANE-ELEC S.A., DANE-ELEC MEMORY S.A., and DANE-ELEC CORPORATION USA,

    Counterclaim Defendants-Appellees,

v.

PEGASUS TECHNOLOGIES LTD.,

    Defendant/Counterclaimant-Appellant,

and

LUIDIA, INC.,

    Counterclaimant-Appellant.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-0416, Judge William M. Nickerson.

Authorized Abbreviated Caption[2]

EPOS TECHNOLOGIES LTD. V PEGASUS TECHNOLOGIES LTD., 2013-1330

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.