# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1330

EPOS TECHNOLOGIES LTD.,

                              Plaintiff/Counterclaim Defendant-Appellee,

and

DANE-ELEC S.A., DANE-ELEC MEMORY S.A., and DANE-ELEC CORPORATION USA,

                              Counterclaim Defendants-Appellees,

v.

PEGASUS TECHNOLOGIES LTD.,

                              Defendant/Counterclaimant-Appellant,

and

LUIDIA, INC.,

                              Counterclaimant-Appellant,

Appeal from the United States District Court for the District of Columbia in Case No. 07-CV-0416, Judge William M. Nickerson

_____

UNOPPOSED JOINT MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE RESPONSE BRIEF
_____

Pursuant to Rule 26(b) of the Federal Circuit Rules, Plaintiff/Counterclaim Defendant-Appellee EPOS Development Ltd. as successor-in-interest to EPOS Technologies Ltd. ("EPOS") respectfully moves for an unopposed 29-day extension of time, to and including Friday, October 25, 2013, to file its response brief. The response brief currently is due on Thursday, September 26, 2013.

This is a first request for an extension of time.

Counsel for Defendant/Counterclaimant-Appellant Pegasus Technologies Ltd. and Counterclaimant-Appellant Luidia, Inc. were contacted by counsel for Plaintiff/Counterclaim Defendant-Appellee about this extension and stated that they do not oppose the requested extension.

As set forth in the declaration of Deanne E. Maynard, good cause exists for the requested extension. Counsel for Plaintiff/Counterclaim Defendant-Appellee have a number of competing professional obligations that make the extension necessary. For example, EPOS's counsel will present oral argument on September 10 in the Ninth Circuit Court of Appeal in *Van Asdale v. IGT,* No. 11-16538. Counsel also has a petition for a writ of certiorari due on September 20 in the U.S. Supreme Court in *California Medical Association v. Sebelius,* No. 13A180. Counsel also has an amicus brief due on September 27 in the U.S. Supreme Court in *Town of Greece v. Galloway*, No. 12-696. Counsel also has a brief due on October 4 in this Court in *Operating Systems Solutions v. Apple Inc.*, 13-1487.

Dated:  September 4, 2013            Respectfully submitted,

By: */s/ Anthony L. Press*

MORRISON & FOERSTER LLP
Anthony L. Press
Wendy J. Ray
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 9001-3543
Tel:   (213) 892-5200
Fax:   (213) 892-5454

3

apress@mofo.com; wray@mofo.com

MORRISON & FOERSTER LLP
Deanne E. Maynard
Hector G. Gallegos
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Tel:   (202) 887-1500
Fax:   (202) 887-0763
dmaynard@mofo.com; hgallegos@mofo.com

Attorneys for Plaintiff/Counterclaim Defendant-Appellee
EPOS Development Ltd., successor in interest to EPOS Technologies Ltd.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2013-1330

EPOS TECHNOLOGIES LTD.,

                          Plaintiff/Counterclaim Defendant-Appellee,

and

DANE-ELEC S.A., DANE-ELEC MEMORY S.A., and DANE-ELEC CORPORATION USA,

                          Counterclaim Defendants-Appellees,

v.

PEGASUS TECHNOLOGIES LTD.,

                          Defendant/Counterclaimant-Appellant,

and

LUIDIA, INC.,

                          Counterclaimant-Appellant,

Appeal from the United States District Court for the District of Columbia in Case No. 07-CV-0416, Judge William M. Nickerson

_____

## DECLARATION OF DEANNE E. MAYNARD IN SUPPORT OF UNOPPOSED JOINT MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE THE RESPONSE BRIEF

_____

I, Deanne E. Maynard, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am an attorney duly licensed to practice law in the District of Columbia and the Commonwealth of Virginia, and I am admitted to practice before this Court. I am a Partner with the law firm of Morrison & Foerster LLP and

counsel for Plaintiff/Counterclaim Defendant-Appellee in this action. I make this declaration in support of Plaintiff/Counterclaim Defendant-Appellees' motion for an extension of time to file the response brief.

2. Plaintiff/Counterclaim Defendant-Appellee requests a 29-day extension of time to and including October 25, 2013, to file the response brief. This is the first request for an extension for the response brief.

3. Counsel for Plaintiff/Counterclaim Defendant-Appellee have a number of competing professional obligations that make the extension necessary. For example, counsel will present oral argument on September 10 in the Ninth Circuit Court of Appeal in *Van Asdale v. IGT,* No. 11-16538. Counsel also has a petition for a writ of certiorari due on September 20 in the U.S. Supreme Court in *California Medical Association v. Sebelius,* No. 13A180. Counsel also has an amicus brief due on September 27 in the U.S. Supreme Court in *Town of Greece v. Galloway*, No. 12-696. Counsel also has a brief due on October 4 in this Court in *Operating Systems Solutions v. Apple Inc.*, 13-1487.

4. Pursuant to Federal Circuit Rule 26(b)(2), counsel for Defendant/Counterclaimant-Appellant Pegasus Technologies Ltd. and Counterclaimant-Appellant Luidia, Inc. were contacted by counsel for Plaintiff/Counterclaim Defendant-Appellee about this extension and stated that they do not oppose the requested extension.

Executed on this 4th day of September, 2013, in Washington, District of Columbia.

/s/ Deanne E. Maynard

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EPOS Technologies Ltd.    v.    Pegasus Technologies Ltd.

No. 2013-1330

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) EPOS Technologies Ltd. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

EPOS Development Ltd., successor-in-interest to EPOS Technologies Ltd.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

EPOS Development Ltd.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Morrison & Foerster LLP, Anthony L. Press, Hector G. Gallegos, Deanne E. Maynard, G. Brian Busey, Wendy J. Ray, John L. Kolakowski, Katherine Nolan-Steveaux, Timothy A. O'Brien, Christian G. Andreu-v-n Euw; Blank Rome LLP, Joseph O. Click, Peter S. Weissman

September 4, 2013                    /s/ Anthony L. Press
        Date                          Signature of counsel
                                     Anthony L. Press
                                     Printed name of counsel

Please Note: All questions must be answered
cc: See attached Certificate of Service

# **CERTIFICATE OF SERVICE**

  I, Anthony L. Press certify that, on September 4, 2013, I served a copy of the foregoing on counsel of record by electronic means by CM/ECF and U.S. Mail on the following.

William P. Atkins
Christopher K. Dorsey
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Tel: (703) 770-7900
Fax: (703) 770-7901
william.atkins@pillsburylaw.com

A. John Demarco
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1122
Tel. (202) 663-8229
Fax. (202) 663-8007
john.demarco@pillsburylaw.com

Attorneys for Pegasus Technologies Ltd. and Luidia, Inc.

David Ludwig
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
Tel: (703) 777-7319
Fax: (703) 777-3656
dludwig@dunlapweaver.com

Attorneys for Dane-Elec S.A, Dane-Elec Memory S.A. and Dane-Elec Corporation USA

Dated: September 4, 2013      */s/ Anthony L. Press*
                 Anthony L. Press

la-1209106